[No. 63750-9-I.   Division One.   November 15, 2010.]

*In the Matter of the Personal Restraint of* JAYSON LEE WIGGANS, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 64116-6-I.   Division One.   November 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL PETER WARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-12198-1, Michael Hayden, J., entered September 4, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Ellington, JJ.

[No. 64147-6-I.   Division One.   November 15, 2010.]

ELIZABETH J. BEKKEVOLD, *Appellant*, v. EVERGREEN BANK ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-19827-6, Michael J. Fox, J., entered August 14, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.

[No. 64162-0-I.   Division One.   November 15, 2010.]

JUANA ALEGRIA, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 08-2-38115-3, Michael Heavey, J., entered August 14, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Ellington, J.